1 November 07

07-681

Dear Clerk of Court:

Please find enclosed Filing Fee for 22 October 07 Habeas Corpus (#2254.) Inmate accounts just recently credited my account. Sorry for the delay

Norman Becker #141903
D.C.C. 1181 Paddock Rd.
Smyrna De 19977

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Receipt # 149599



I/M Norman Becker
SBI# 141903   UNIT 23-D-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court - Clerk of Court
District of Delaware
Lockbox 18, 844 King St.
Wilmington, Delaware
19801