In The United States District Court
District of Delaware

Norman X Becker

v.

Warden Thomas Carroll

Case # JJF
1:07-cv-681

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Motion for Appointment of Counsel

Comes Now Appellant in the above Captioned Matter praying the Court to Appoint him Counsel.

In Support of this motion Appellant asserts that Appellant, has mental health issues, proscribe him from understanding

the complexity of the law or of this case.

The person presently assisting appellant in this matter is being transferred to another state. There are no para-legals available in the mental health unit where Appellant is housed.

Considering the complexity and seriousness of this case, the seriousness of the consequences, and violations on basic constitutional issues, appellant prays, in the interests of Justice, that the

Court, upon this motion, grant Appellant appointment of Counsel.

Respectfully Submitted 23 November 07

_Norman X Becker_

Norman X Becker

I/M Norman Becker
SBI# 141903   UNIT 23-D-L-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The United States District Court
District of Delaware   Lock box 18
844 King St,
Wilmington Delaware
                    19801

Re JJF
1:07-cv-681