D.I. #_____

# CIVIL ACTION
# NUMBER: 07cv881JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



Warden Perry Phelps
Delaware Correctional Center
Smyrna DE 19977