D.I. # _____

# CIVIL ACTION
# NUMBER: _____07cv881 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.67 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.47 |

Postmark Here — JAN 8 2008 — WILMINGTON DE 19801

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7005 1820 0004 3169 6602

PS Form 3800, June 2002    See Reverse for Instructions