IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORMAN X. BECKER**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-681-JJF |
| | : | |
| **PERRY PHELPS**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief Under Rule 26(c) & Appendix (No. 148, 2006)

    b. State's Answering Brief (No. 148, 2006)

    c. Order (December 12, 2006) (No. 148, 2006).

2. Notice is hereby given that a certified copies of the following Delaware Superior Court documents in case ID No. 0410016765 have also been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Motion for Postconviction Relief (Dkt. Item 35).

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General (Del. Bar. ID #. 3759)
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
February 25, 2008    elizabeth.mcfarlan@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on February 25, 2008, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Norman X. Becker
    SBI No. 141903
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us